B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**District of Maryland** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CYTO PULSE SCIENCES, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**52-1951344** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**810 Cromwell Park Drive, Suite T**<br>**Glen Burnie, MD**<br><div align="right">ZIP Code **21061**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Anne Arundel** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CYTO PULSE SCIENCES, INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **Baltimore, Maryland** | Case Number:<br>**03-59544-JS** | Date Filed:<br>**6/12/03** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                         Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **CYTO PULSE SCIENCES, INC.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** /s/ Jan I. Berlage
Signature of Attorney for Debtor(s)

**Jan I. Berlage 23937**
Printed Name of Attorney for Debtor(s)

**Gohn, Hankey & Stichel, LLP**
Firm Name

**201 N. Charles Street
Suite 2101
Baltimore, MD 21201**

_____
Address

**Email: tcollins@ghsllp.com**
**410-752-9300  Fax: 410-752-2519**
Telephone Number

**June 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Alan D. King
Signature of Authorized Individual

**Alan D. King**
Printed Name of Authorized Individual

**Vice-President**
Title of Authorized Individual

**June 29, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **CYTO PULSE SCIENCES, INC.** _____,    Case No. _____

                                          Debtor

Chapter            **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 12 | 1,100,872.15 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,855,375.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 2,405,977.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,061,853.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,100,872.15 | | |
| Total Liabilities | | | | 5,323,205.09 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Maryland

In re   **CYTO PULSE SCIENCES, INC.**         ,      Case No. _____

                                Debtor

Chapter                 **7**            

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **CYTO PULSE SCIENCES, INC.**               ,    Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **CYTO PULSE SCIENCES, INC.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account**<br><br>**Bank of America Savings Account** | -<br><br>- | 3,589.93<br><br>38.22 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits**<br><br>**Escrow Balance with Gohn Hankey & Stichel** | -<br><br>- | 7,303.00<br><br>201.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **11,132.15**
(Total of this page)

__11__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **CYTO PULSE SCIENCES, INC.**                             ,       Case No. _____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Genmab BV, Adrie vld Muysenberg, Yalelaan 60 Ultrecht, 3584 CM, Netherlands | - | 10,000.00 |
| | | University of Salzburg, Richard Weiss, Department of Molecular Biology, Hellbrunnerstrasse, 34 5020 Salzburg Austria | - | 490.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | **10,490.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet   **1**   of   **11**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CYTO PULSE SCIENCES, INC.** _____,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | US Patent 6,010,613 - Describes a set of waveforms for use in electroporation. This patent is used in all of Cyto Pulse's applications | - | 50,000.00 |
| | | US Patent 6,078,490 - Describes a specific circut used to produce PulseAgile waveforms. This is nto a useful patent because there are many circuts that can produce these types of waveforms. | - | 1,000.00 |
| | | US Patent 6,603,998 - This application describes a DNA vaccination delivery system. | - | 10,000.00 |
| | | Canada SN 2,372,406 - This application describes a DNA vaccination delivery system. | - | 1,000.00 |
| | | Europe EP 1,163,024 - This application describes a DNA vaccination delivery system. (abandoned) | - | 0.00 |
| | | China SN 00805450.9 - This application describes a DNA vaccination delivery system. | - | 5,000.00 |
| | | Japan 4499295 - This patent describes a DNA vaccination delivery system. | - | 5,000.00 |
| | | US 6916656 - This application describes a method to Electrofuse cells using an efficient voltage waveform. The waveform changes with time in a non-linear manner over time. | - | 100,000.00 |
| | | Canada SN 2,458,610 - This application describes a method to Electrofuse cells using an efficient voltage waveform. The waveform changes with time in a non-linear manner over time. | - | 10,000.00 |
| | | Europe 1,472,358 - This application describes a method to Electrofuse cells using an efficient voltage waveform. The waveform changes with time in a non-linear manner over time. | - | 50,000.00 |
| | | China ZL02820027.6 - This application describes a method to Electrofuse cells using an efficient voltage waveform. The waveform changes with time in a non-linear manner over time. | - | 10,000.00 |

Sub-Total >       242,000.00
(Total of this page)

Sheet   **2**   of   **11**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CYTO PULSE SCIENCES, INC.**
_____,          Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Japan 4,217,618 - This application describes a method to Electrofuse cells using an efficient voltage waveform.  The waveform changes with time in a non-linear manner over time.** | - | **10,000.00** |
| | | **US 6,713,291 - This patent covers microneedle arrays that are coated with dried DNA.  It is a DNA vaccine delivery system.** | - | **10,000.00** |
| | | **Canada SN 2,452,488 - US 6,713,291 - This patent covers microneedle arrays that are coated with dried DNA.  It is a DNA vaccine delivery system.** | - | **1,000.00** |
| | | **US 10/510,710 -  This application describes a method to keep the electric field lines, between rows of electrodes, pointing in the same direction. It is not currently in use by any Cyto Pulse system.** | - | **1,000.00** |
| | | **Canada 2,482,183 - This application describes a method to keep the electric filed lines, between rows of electrodes, pointing in the same direction. It is not currently in use by any Cyto Pulse system.** | - | **1,000.00** |
| | | **Europe 1,494,752 - This patent describes a method to keep the electric field lines, between rows of electrodes, pointing in the same direction.  It is not currently in use by any Cyto Pulse system. (abandoned)** | - | **0.00** |
| | | **China ZL03813164.1 - This application describes a method to keep the electric filed lines, between rows of electrodes, pointing in the same direction. It is not currently in use by any Cyto Pulse system.** | - | **1,000.00** |
| | | **Japan 203-585797 - This application describes a method to keep the electric filed lines, between rows of electrodes, pointing in the same direction. It is not currently in use by any Cyto Pulse system.** | - | **1,000.00** |
| | | **US 10/537,254 - This application describes a method to electroporate large numbers of cells at the same time.  It specifically describes a method of determining electroporation chamber dimensions using a mathematical formula, medium conductivity and total chamber resistance.** | - | **5,000.00** |

Sub-Total >          **30,000.00**
(Total of this page)

Sheet __3__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **CYTO PULSE SCIENCES, INC.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Canada 2,519,065 - This application describes a method to electroporate large numbers of cells at the same time.  It specifically describes a method of determining electroporation chamber dimensions using a mathematical formula, medium conductivity and total chamber resistance. | - | 1,000.00 |
| | | Europe 04720783 - This application describes a method to electroporate large numbers of cells at the same time.  It specifically describes a method of determining electroporation chamber dimensions using a mathematical formula, medium conductivity and total chamber resistance. | - | 5,000.00 |
| | | China 204 80012680.3 - This application describes a method to electroporate large numbers of cells at the same time.  It specifically describes a method of determining electroporation chamber dimensions using a mathematical formula, medium conductivity and total chamber resistance. | - | 1,000.00 |
| | | Japan 2006 508798 - This application describes a method to electroporate large numbers of cells at the same time.  It specifically describes a method of determining electroporation chamber dimensions using a mathematical formula, medium conductivity and total chamber resistance. | - | 1,000.00 |
| | | US 6,878,538 - This application describes an apparatus that connects the 96 pairs of parallel plate ex vivo electrodes in an array to a pulse waveform generator. | - | 500.00 |
| | | US 7,371,561 - This application desribes a reusable array of 96 pairs of parallel plate elctrodes which is inserted into a standard 96 well microplate to perform 96 electroporation experiments simultaneously. | - | 500.00 |
| | | Canada 2,546,545 - This application describes a method to Electrofuse cells using an efficient electrode chamber.  It is the chamber used with the Hybrimune system. | - | 5,000.00 |
| | | Europe 3783323.3 - This application describes a method to Electrofuse cells using an efficient electrode chamber.  It is the chamber used with the Hybrimune system. | | 50,000.00 |

|  | Sub-Total > | 64,000.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __4__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CYTO PULSE SCIENCES, INC.**
_____,  Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | China ZL 2003 80110771.6 - This application describes a method to Electrofuse cells using an efficient electrode chamber.  It is the chamber used with the Hybrimune system. | - | 10,000.00 |
| | | Japan 2010 509365 - This application describes a method to Electrofuse cells using an efficient electrode chamber.  It is the chamber used with the Hybrimune system. | - | 10,000.00 |
| | | PCT US2006/024076 - PSA prostate cancer vaccine. Includes national state applications United States 11/922.363, Canada 2612225, Europe 6785237.6 (abaondoned), China 2006 80030353, Japan 2008 218341. | - | 5,000.00 |
| | | PCT US2008/006442, Fast PA.  This is an application to cover an electroporation waveform similar to the Pulse Agile waveform described earlier. It adds the ability to deliver those waveforms at a more rapid rate.  Includes national stage applications;  United States 12/451,536, Canada 2,684,134 (provisionally abandoned) | - | 5,000.00 |
| | | PCT US2009/005753, DAI.  This is an application for a vaccine adjuvant. | - | 5,000.00 |
| | | Provisional application US 61/395,267.  This is an application for a chamber for mixing material for electroporation in a large volume. | - | 1,000.00 |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | Exclusive License Agreement between Cyto Pulse and Alphavax, Inc. dated May 28, 2008. | - | 100,000.00 |
| | | Production System License Agreement between Cyto Pulse and NovImmune SA dated October 1, 2008. | - | 10,000.00 |
| | | Derma Vaz In Vivo Electroporation System License Agreement Between Cyto Pulse and The Chancellor, Masters and Scholars of the Universty of Oxford dated March 30, 2009. | - | 10,000.00 |
| | | Oncovet in Vivo Electroporation System License Agreement between Cyto Pulse and Aldevron, LLC dated February 1, 2008. | - | 20,000.00 |
| | | OnCovet In Vivo Electroporation System License Agreement between Cyto Pulse and Amgen, Inc. dated February 5, 2009. | - | 10,000.00 |

| | Sub-Total > (Total of this page) | 186,000.00 |
|---|---|---|

Sheet __5__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CYTO PULSE SCIENCES, INC.**
_____ ,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Oncovet In Vivo Electroporation System License Agreement between Cyto Pulse and Statens Serum Institute January 15, 2010.** | - | **10,000.00** |
| | | **Oncovet In Vivo Electroporation System License Agreement between Cyto Pulse and Statens Serum Institute dated September 22, 2008** | - | **10,000.00** |
| | | **Hybrimune Electrofusion System License Agreement between Cyto Pulse and Acceleron Pharam, Inc. dated April 28, 2009** | - | **15,000.00** |
| | | **Electrofusion License Agreement between Cyto Pulse and Amgen, Inc. dated May 9, 2006** | - | **15,000.00** |
| | | **Hybrimune Electrofusion System License Agreement between Cyto Pulse and DaiichiSankyo Co., Ltd. dated October 19, 2007.** | - | **15,000.00** |
| | | **Hybrimune Electrofusion System License Agreement between Cyto Pulse and Galaxy Biotech, LLC dated August 10, 2007.** | - | **15,000.00** |
| | | **Electrofusion License Agreement between Cyto Pulse and Genentech dated January 20, 2006.** | - | **15,000.00** |
| | | **License Agreement between Cyto Pulse and Genmab, BV dated June 3, 2004.** | - | **15,000.00** |
| | | **Hybrimune Electrofusion SystemLicense Agreement between Cyto Pulse and Novartis Institute for Functional Genomics, Inc. d/b/a the Genomics Institute of teh Novartis Research Foundation dated June 29, 2007.** | - | **15,000.00** |
| | | **Hybrimune Electrofusion System License Agreement between Cyto Pulse and GlaxoSmith Kline Research & Development Limited dated September 21, 2009.** | - | **15,000.00** |
| | | **Electrofusion License Agreement between Cyto Pulse and Mapp Biopharmaceutical, Inc. dated June 12, 2006** | - | **15,000.00** |
| | | **Electrofusion Evaluation and License Agreement between Cyto Pulse and Morphotek, Inc. dated June 18, 2004.** | - | **15,000.00** |

Sub-Total >     **170,000.00**
(Total of this page)

Sheet __6__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **CYTO PULSE SCIENCES, INC.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | License Agreement between Cyto Pulse and Novimmune SA dated September 15, 2005 | - | 15,000.00 |
| | | Hybrimune Electrofusion System License Agreement between Cyto Pulse and Novo Nordisk A/S dated July 2, 2007. | - | 15,000.00 |
| | | Electrofusion License Agreement between Cyto Pulse and OncoMed Pharmaceuticals, Inc. dated June 30, 2006. | - | 15,000.00 |
| | | Hybrimune Electrofusion System License Agreement between Cyto Pulse and Diosynth RTP, Inc. dated May 15, 2008. | - | 15,000.00 |
| | | Hybrimune Electrofusion System License Agreement between Cyto Pulse and Roche Diagnostics GmbH dated January 29, 2009. | - | 15,000.00 |
| | | Hybrimune Electrofustion System License Agreement between Ctyo Pulse and Rockland Immunochemicals, Inc. dated November 10, 2008. | - | 15,000.00 |
| | | Hybrimune Electrofusion System License Agreement between Cyto Pulse and Regeneron Pharmaceuticals, Inc. dated May 9, 2007. | - | 15,000.00 |
| | | Hybrimune Electrofusion System License Agreement between Cyto Pulse and Regeneron Pharmaceuticals, Inc. dated March 18, 2010. | - | 15,000.00 |
| | | Hybrimune Electrofusion SystemLicense Agreement between Cyto Pulse and Santa Cruz Biotechnology, Inc. dated September 18, 2007 | - | 15,000.00 |
| | | Hybrimune Electrofusion System License Agreement between Cyto Pulse and Santa Cruz Biotechnology, Inc. dated October 17, 2008. | - | 15,000.00 |
| | | Hybrimune Electrofusion SystemLicense Agreement between Cyto Pulse and Spaltudaq Corporation dated August 19, 2008. | - | 15,000.00 |
| | | Electrofusion License Agreement between Cyto Pulse and  DNAX Research, Inc. dated September 28, 2005 | - | 15,000.00 |

                                                          Sub-Total >        180,000.00
                                                        (Total of this page)

Sheet __7__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **CYTO PULSE SCIENCES, INC.**            Case No. _____

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Electrofusion License Agreement betwen Cyto Pulse and TAkeda Pharmaceutical Company dated July 7, 2006.** | - | 15,000.00 |
| | | **Electrofusion License Agreement between Cyto Pulse and ZymoGenetics, Inc. dated November 27, 2006.** | - | 15,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Shipping Room - 1 desk with divider panels; plastic table; 8 shelves; and 2 carts** | - | 220.00 |
| | | **Research Room - 1 Desk; 2 bookshelves; 2 Dell computers; Sharp notebook; 2 HP inkjet printers; and 3 desk lamps** | - | 695.00 |
| | | **Production Room - 1 desk unit; 2 Dell computers; Brother Ptouch label printer; and 2 table lamps** | - | 1,020.00 |
| | | **Kitchen - Refrigerator; Mr. Coffee coffee maker; Cuisinart coffee maker; table and rollaround cart** | - | 75.00 |
| | | **Large Office - 6 Desk units; end table; 5 book cases; 4 Dell Computers; Epson inkjet printer; HP laser jet printer and crosscut paper shredder** | - | 4,560.00 |
| | | **Howard/Paul Office - 2 desk units with chairs; white book case; 2 black book cases; filing cabinet; 2 Dell computers; Xerios laser printer** | - | 1,705.00 |
| | | **Spare Office- 1 corner desk; 2 chairs; 2 wood book cases; 2 filing cabinets** | - | 190.00 |

|  | Sub-Total > | 38,465.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __8__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **CYTO PULSE SCIENCES, INC.** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Elizabeth Office - 1 desk unit with chair; book case; table; 2 filing cabinets; 1 Dell computer and 1 HP Laserjet printer | - | 970.00 |
| | | Terri Office - unit desk with chair; plastic table; 2 plastic chairs; Dell Computer; HP laser printer; 2 filing cabinets; and crosscut paper shredder | - | 980.00 |
| | | Alan Office - desk; 4 book cases; cabinet/table; filing cabinet; table; chair; Dell computer and Samsung laser printer | - | 420.00 |
| | | Richard Office- glass top corner desk with chair; 3 shelf glass stand; HP Laserjet printer; table 4 chairs | - | 245.00 |
| | | File Room - 2 shelves; book case; 2 filing cabinets; step stool | - | 175.00 |
| | | Server Room - 5 book cases; Computer; battery backup power supply; rack with ethernet cabling; bench and Cyto Pulse trade show display booth. | - | 535.00 |
| | | Conference Room - plastic table; table; 9 chairs; Dell projector; notebook computer; 3 shelf stand and polycom speaker phone | - | 750.00 |
| | | Copy Room - 2 tables; 5 book cases; filing cabinet; plastic table; 2 small rollaround cabinets; Panasonic fax machine; canon fax machine; shark cordless vacuum | - | 170.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Shipping Room - Utility Scale and Shelf with misc. boxes and packing supplies | - | 15.00 |
| | | Shop - 5 shelves; 4 benches; plastic table; drill press; step ladder; misc drill bits and tools; Craftsman rotary took kit; DeWalt 12 V drill with accessories; Black & Decker air compressor; Black & Decker circular saw; Black & Decker portable drill; Black & Decker jigsaw and misc. hand tools. | - | 380.00 |
| | | Research Room - 8 benches; 10 selves; rolling bin boxes; Tektronix TDS1002 digital oscilloscope; Tektronix TDS220 disgital oscilloscope; HP spectrum analyzer; Agilent data acquisition unit; wire rack with wire; assorted hand tools; assorted semiconductors; assorted resistors; assorted capacitors; assorted connectors and assorted wire and cable | - | 2,760.00 |

Sub-Total >    **7,400.00**
(Total of this page)

Sheet __9__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CYTO PULSE SCIENCES, INC.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Production Room - small refrigerator; table; 6 plastic chairs; bench; solder reflow oven; 14 shelves; 4 plastic tables; Vitrek safety analyzer; Metcal soldering station; 2 Toroid Corp. isolation transformer; 2 Rittal instrument case; 4 battery chargers; Tektronix digital oscillosciope; Fluke 179 multimeter; assorted semiconductors; assorted resistors; assorted capacitors; assorted connectors; assorted hardware and assorted wire and cable** | - | 3,050.00 |
| | | **Main Lab Items - Applied Biosystems 7300 Real Time PCR; Samsung ML-1710 Printer; Memmert Model 300 Tabletop Incubator; Dell Computer Optiplex; HP deskjet printer; PC computer; Beckman Coulter Cell Lab Quanta SC; Perkin Elmer Wallac Victor 3; Dell Computer; Kodak Gel Logic 1500 Imaging System; Dell Optiplex 745; Thermo Electron Biomate 3 Spectrophotom; Thermo Electron Px2 Thermal Cycler; Dry Bath Incubator; Apsp Sterrad QC Incubator; New Brusnwick Scientific Excella E24; Homogenizer Ultra Turrax; IKA Works Homogenizer; GW Function Generator; Gel Electrophoresis appatatus; MultiScreen Filtration System; Power Supply; Shandon Cytospin 3; Pipette Aid, portable; 2 Pipette Aids; Various Pipettors; 2 The Baker Company SterilGARD IIIs; Essen Instruments Pipeline Dispensing; Fisher Mini centrifuge; Thermo Electron IEC Centra GP8R Refrigerator; Flammable 4 gal Cabinet; Waterbath Isotemp 205; Accumet Research AR50 pH/Conductivity; Eppendorf Centrifuge 5424 (microfuge); Maxi-mix II Vortexer; Several Pipettors; Olympus Inverted Microscope CK; NOVA FL microscope; Small GE microwave oven; Sanyo Incubator; Boekel Rocker; LabLine Maxi Rotator; ECM830 Electroporator; Renneo Model LS Heat Sealer; Yamato SM150 Sterilizer (autoclave); Aqua Solutions RODI-C-11BL Reverse; Miscellaneous lab plastic ware.** | - | 106,090.00 |
| | | **Lab Storage Room - Thermolyne Jr. Plus N2 Dewar; Thermolyne 4 Plus N2 Dewar; Revco Ultima II Freezer (-20 degrees); Revco Ultima II Freezer (-80 degree); Fisher Scientific Isotemp Incubator; Yamato SM510 Autoclave; Thermo Electron Sorvall Legend Mach 1.6; Hotpoint Standard Refrigerator; GE standard refridgerator; Small International clinical centrifuge; Light box.** | - | 9,440.00 |

|  | Sub-Total >  | 118,580.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __10__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **CYTO PULSE SCIENCES, INC.**                                     ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bio Production Mixing Room - Denver Instruments S4001 Balance; Ohaus Voyager Analytical Balance; Manostat Simon Varistaltic Pump; Container for Biobags; ASP Sterrad 50 H202 sterilizer; SS Wire shelves X3.** | - | 10,950.00 |
| | | **Clean Room - HEPA filtered clean room; 15 filters; Rennco Model LS18D-120 Heat Sealer; Dell Inspirion Laptop; Integrated Dispensing Fisnar; Mille-Luce M1000 fiberoptic light; Pax-cam Camera with inspecting scope; Stainless Steel cart; SS Wire shelves** | - | 17,050.00 |
| | | **Lap top Computer at the home of Richard Walters which was previously used at the office** | - | 200.00 |
| 30.  Inventory. | | **Shipping Room - 2 cases cuvettes; 1/2 case 96 well plates** | - | 205.00 |
| | | **Production Room - Once Vet electroporation system and Derma Vax electroporation system** | - | 3,000.00 |
| | | **Main Lab - 2 PA4000; PA101; PA96W; PA201; PA301: EasyVax prototypes** | - | 1,400.00 |
| | | **Storage Room - 4 Vaccine plasmid stock** | - | 10,000.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 42,805.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,100,872.15 |

Sheet __11__ of __11__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **CYTO PULSE SCIENCES, INC.** _____,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ichor Medical System, Inc.**<br>**6310 Nancy Ridge Drive**<br>**Suite 107**<br>**San Diego, CA 92121** | - | | **April, 2005**<br><br>**Chapter 11 Settlement**<br><br>**Essentially All Assets**<br><br>Value $          0.00 | | | | 1,800,000.00 | 600,000.00 |
| Account No.<br><br>**Long Meadow, LLC**<br>**c/o Capico, Inc.**<br>**One Corporate Center**<br>**10451 Mill Run Circle, Suite 400**<br>**Owings Mills, MD 21117** | - | | **April, 2005**<br><br>**Accounts**<br><br>Value $          0.00 | | | | 55,375.00 | 0.00 |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | 1,855,375.00 | 600,000.00 |
| | Total<br>(Report on Summary of Schedules) | 1,855,375.00 | 600,000.00 |

B6E (Official Form 6E) (4/10)

.

In re  **CYTO PULSE SCIENCES, INC.** ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____**3**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **CYTO PULSE SCIENCES, INC.** _____,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alan King**<br>**13165 Deanmar Drive**<br>**Highland, MD 20777** | - | | **Wages** | | | | 270,416.50 | 258,691.50<br><br>11,725.00 |
| Account No.<br><br>**Anna-Karin Roos**<br>**Maltesholmsvagen 167**<br>**165 62 Hasselby Sweden** | - | | **Wages** | | | | 15,301.69 | 3,576.69<br><br>11,725.00 |
| Account No.<br><br>**Derin Walters**<br>**326 E. Buckingham Way**<br>**Fresno, CA 93704** | - | | **Wages** | | | | 196,541.00 | 184,816.00<br><br>11,725.00 |
| Account No.<br><br>**Donald J. Rodis**<br>**3194 St John's Lane**<br>**Ellicott City, MD 21042** | - | | **Wages** | | | | 4,234.00 | 4,234.00<br><br>0.00 |
| Account No.<br><br>**Elizabeth Joyce**<br>**PO Box 178**<br>**Columbia, MD 21045** | - | | **Wages** | | | | 55,575.00 | 43,850.00<br><br>11,725.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 495,168.19<br>542,068.19 | 46,900.00 |
|---|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re  **CYTO PULSE SCIENCES, INC.**                                          ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| Howard E. Rhinehart PO Box 646 Columbia, MD 21045 | | - | | | | | | 53,551.59 |
| | | | | | | | 65,276.59 | 11,725.00 |
| Account No. | | | Wages | | | | | |
| John B. Burke 9 Longknoll Way Kingsville, MD 21087 | | - | | | | | | 9,375.00 |
| | | | | | | | 9,375.00 | 0.00 |
| Account No. | | | Wages | | | | | |
| Paul K. Gustavson 2274 Four Seasons Drive Gambrills, MD 21054 | | - | | | | | | 24,447.94 |
| | | | | | | | 36,172.94 | 11,725.00 |
| Account No. | | | Wages | | | | | |
| Richard E. Walters PO Box 178 Columbia, MD 21045 | | - | | | | | | 361,132.42 |
| | | | | | | | 372,857.42 | 11,725.00 |
| Account No. | | | Wages | | | | | |
| Stephen B. Deitz 307 Concert Way Catonsville, MD 21228 | | - | | | | | | 6,087.50 |
| | | | | | | | 17,812.50 | 11,725.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 454,594.45 |
|---|---|---|
| | (Total of this page) | 501,494.45 | 46,900.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **CYTO PULSE SCIENCES, INC.** _____ ,    Case No. _____

                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9516** <br><br> **Comptroller of Maryland Annapolis, MD 21411** | - | | **State Unemployment Insurance** | | | | **327.58** | **0.00** | **327.58** |
| Account No. **xx-xxx1344** <br><br> **Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | - | | **Federal Unemployment Insurance** | | | | **448.00** | **0.00** | **448.00** |
| Account No. <br><br> **Trustee** | - | | **Administrative monies due from Chapter 11** | | | | **1,361,638.81** | **0.00** | **1,361,638.81** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | **1,362,414.39** | **0.00** | **1,362,414.39** |
| | | | Total | | | | | **949,762.64** | |
| | | | (Report on Summary of Schedules) | | | | **2,405,977.03** | | **1,456,214.39** |

B6F (Official Form 6F) (12/07)

In re    **CYTO PULSE SCIENCES, INC.**                                          Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. <br><br> **Alan Barringer** <br> **6127 Franklin Park Road** <br> **Mc Lean, VA 22101** | | - | | | Loan | | | | **54,402.64** |
| Account No. <br><br> **Alan King** <br> **13165 Deanmar Drive** <br> **Highland, MD 20777** | | - | | | Loan | | | | **33,674.02** |
| Account No. <br><br> **Aldevron LLC** <br> **3233 15th Street South** <br> **Fargo, ND 58104** | | - | | | | | | | **25,794.51** |
| Account No. **xxxx-xxxxxx-x1007** <br><br> **American Express** <br> **PO Box 1270** <br> **Newark, NJ 07101** | | - | | | Credit Card | | | | **2,943.20** |
| __8__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | **116,814.37** |

B6F (Official Form 6F) (12/07) - Cont.

In re **CYTO PULSE SCIENCES, INC.**                                            Case No. _____
                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x6216**<br><br>**Asamura Patent Office PC**<br>**331 New Ontemachi Bldg 2-1**<br>**Ohtemachi 2 - Chome**<br>**Chiyoda - Ku, Tokyo 100-0004 Japan** | - | | | | Patent Lawyer | | | | 29,932.49 |
| Account No. **xxxx6946**<br><br>**AT&T**<br>**555 St. Charles Drive**<br>**Suite 100**<br>**Thousand Oaks, CA 91360** | - | | | | Conference Calls | | | | 595.46 |
| Account No. **xxxx-xxxx-xxxx-4519**<br><br>**Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** | - | | | | Credit Card | | | | 34,087.56 |
| Account No. **x1707**<br><br>**Beckman-Coulter, Inc.**<br>**2500 South Kraemer Blvd**<br>**PO Box 8000**<br>**Brea, CA 92822** | - | | | | Service Contract on Lab Equipment | | | | 9,424.08 |
| Account No.<br><br>**Bioqual, Inc.**<br>**9600 Medical Center Drive**<br>**Suite 200**<br>**Rockville, MD 20850** | - | | | | Study | | | | 12,261.50 |

Sheet no.   **1**   of   **8**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,301.09

B6F (Official Form 6F) (12/07) - Cont.

In re **CYTO PULSE SCIENCES, INC.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C144**<br><br>**Bromhead Johnson**<br>**19 Buckingham Street**<br>**London WC2N 6EF** | - | | Patent Lawyer | | | | 16,618.74 |
| Account No. **xxD205**<br><br>**Centric Business Systems**<br>**PO Box 75222**<br>**Baltimore, MD 21275** | - | | Maintenance on Copier | | | | 1,060.25 |
| Account No.<br><br>**Dan Rak**<br>**PO Box 416**<br>**Santa Clara, UT 84765** | - | | Loan | | | | 72,541.69 |
| Account No.<br><br>**Derin Walters**<br>**326 E. Buckingham Way**<br>**Fresno, CA 93704** | - | | Loan | | | | 3,335.87 |
| Account No.<br><br>**Edward Withey**<br>**950 Andante Road**<br>**Santa Barbara, CA 93105** | - | | Loan | | | | 63,743.78 |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **157,300.33**

B6F (Official Form 6F) (12/07) - Cont.

In re **CYTO PULSE SCIENCES, INC.**                                           ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| Elizabeth Joyce 6248 Wild Swan Way Columbia, MD 21045 | - | | | | | | 26,526.99 |
| Account No. | | | Parts | | | | |
| Fsquared Laboratories 26501 Ridge Road Damascus, MD 20872 | - | | | | | | 7,920.00 |
| Account No. | | | HV Pulse claims some property listed on Schedule B belongs to them. Debtor has no record of ownership. | | | X | |
| HV Pulse Technologies, Inc. The Corporation Trust Incorporated 351 West Camden Street Baltimore, MD 21201 | - | | | | | | 0.00 |
| Account No. | | | IT Support | | | | |
| Hyper Media Corp. 210 Locust Hill Drive Suite 100 Churchville, MD 21028 | - | | | | | | 3,912.90 |
| Account No. | | | Consultant | | | | |
| J Omega Systems LLC 182 Thomas Johnson Drive Suite 204-L Frederick, MD 21705 | - | | | | | | 1,200.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              39,559.89

B6F (Official Form 6F) (12/07) - Cont.

In re **CYTO PULSE SCIENCES, INC.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3184** <br><br> **J&J Healthcare Systems, Inc.** <br> **425 Hoes Lane** <br> **PO Box 6800** <br> **Piscataway, NJ 08855** | - | | Service Contract | | | | 2,472.79 |
| Account No. **x9679** <br><br> **KAWG&F** <br> **9690 Deerco Road** <br> **Suite 500** <br> **Lutherville Timonium, MD 21093** | - | | Accounting Services | | | | 28,284.75 |
| Account No. **CYTO** <br><br> **Lee Plastic Company LLC** <br> **1100 U.S. Rt. 35 West** <br> **PO Box 271** <br> **Eaton, OH 45320** | - | | Parts | | | | 983.16 |
| Account No. <br><br> **Liu Shen & Associates** <br> **PO Box 9055** <br> **Hanhai Plaza - 10th Floor** <br> **Beijing 100080 China** | - | | Patent Lawyer | | | | 4,235.17 |
| Account No. <br><br> **Marvin Towsend** <br> **8 Grovepoint Ct.** <br> **Potomac, MD 20854** | - | | Patent Lawyer | | | | 60,038.45 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **96,014.32**

B6F (Official Form 6F) (12/07) - Cont.

In re **CYTO PULSE SCIENCES, INC.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Meetings Management** <br> **Unit 6 - Hurtmore Road** <br> **Hartmore Heights Commercial Center** <br> **Hurtmore Godlaming Surrey GU72FF** <br> **UK** | - | | **Conference** | | | | **7,500.00** |
| Account No. <br><br> **Merck** <br> **PO Box 1700** <br> **Whitehouse Station, NJ 08889** | - | | **Overpayment** | | | | **1,500.00** |
| Account No. **x0718** <br><br> **Pall Trincor** <br> **7700 Pennsylvania Drive** <br> **Exton, PA 19341** | - | | **Parts** | | | | **6,636.48** |
| Account No. **xxxx2358** <br><br> **Perkin Elmer Health Sciences, Inc.** <br> **710 Bridgeport Avenue** <br> **Shelton, CT 06484** | - | | **Service Contract on Lab Equipment** | | | | **382.72** |
| Account No. **xxxxxx7867** <br><br> **Pitney Bowes** <br> **PO Box 856042** <br> **Louisville, KY 40285** | - | | **Postage Machine** | | | | **80.43** |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,099.63**

B6F (Official Form 6F) (12/07) - Cont.

In re **CYTO PULSE SCIENCES, INC.** _____ ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Richard Walters** <br> **6248 Wild Swan Way** <br> **Columbia, MD 21045** | | - | Loan | | | | 14,220.55 |
| Account No. <br><br> **Robert Walters** <br> **616 Thomas Way** <br> **Severna Park, MD 21146** | | - | Loan | | | | 58,570.41 |
| Account No. <br><br> **Schwartz Sung & Weber** <br> **300 Massachusetts Avenue NW** <br> **Suite 1101** <br> **Washington, DC 20001** | | - | Lawyer | | | | 13,170.26 |
| Account No. **xxxxx6242** <br><br> **Smarter & Bigger Intellectual Property** <br> **55 Met Calfe Street** <br> **Suite 900 - PO Box 2999** <br> **Ottawa ON Kip 5Y6 Canada** | | - | Patent Lawyer | | | | 6,850.22 |
| Account No. **xxxxxxxxxxxx8687** <br><br> **Staples** <br> **PO Box 689020** <br> **Des Moines, IA 50368** | | - | Supplies | | | | 1,849.32 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          94,660.76

B6F (Official Form 6F) (12/07) - Cont.

In re **CYTO PULSE SCIENCES, INC.**                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5553**<br><br>Stericycle, Inc.<br>28161 N. Keith Drive<br>Lake Forest, IL 60045 | - | | Service Contract on Lab Equipment | | | | 1,014.00 |
| Account No.<br><br>Technique Capital<br>115-280 Nelson Street<br>Vancouver BC<br>Canada V6B2E2 | - | | | | | | 51,534.26 |
| Account No. **xx2411**<br><br>Tydings & Rosenberg<br>100 Pratt Street<br>Baltimore, MD 21202 | - | | Corporate Counsel | | | | 230,548.64 |
| Account No. **xx2126**<br><br>University of Maryland<br>220 Arch Street<br>Office Level 2<br>Baltimore, MD 21201 | - | | Tolerance Testing | | | | 43,476.92 |
| Account No.<br><br>Uppsala<br>Akademiska Sjukhurset<br>Ekonomia Vdelningen<br>SE-751 85 Uppsala SWEDEN | - | | Loan | | | | 33,384.02 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **359,957.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CYTO PULSE SCIENCES, INC.**                                      ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1797** <br><br> **US Deptartment of Commerce** <br> **US Patent and Trademark Office** <br> **PO Box 1450** <br> **Alexandria, VA 22313** | - | | Application for Pending Patent.  This amount must be paid for the patent to be issued. | | | | 1,055.00 |
| Account No. <br><br> **Visionair** <br> **PO Box 6373** <br> **SE-751 36 Uppsala** <br> **SWEDEN** | - | | Loan | | | | 94,089.83 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __8___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 95,144.83 |
| Total <br> (Report on Summary of Schedules) | 1,061,853.06 |

B6G (Official Form 6G) (12/07)

In re **CYTO PULSE SCIENCES, INC.** , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Centric Business Systems**<br>**PO Box 75222**<br>**Baltimore, MD 21275** | **Copier Lease** |
| **Pitney Bowes**<br>**PO Box 856042**<br>**Louisville, KY 40285** | **Postage Machine Lease** |
| **Prime Rate Premium Finance Corp.**<br>**PO Box 100507**<br>**Florence, SC 29502** | **General Liability Insurance** |
| **St. Johns Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** | **Building Lease** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

**B6H (Official Form 6H) (12/07)**

In re   **CYTO PULSE SCIENCES, INC.**           ,     Case No. _____

                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045** | **St. Johns Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045** | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045** | **American  Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **CYTO PULSE SCIENCES, INC.**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice-President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**31**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 29, 2010**

Signature   **/s/ Alan D. King**

**Alan D. King**
**Vice-President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Maryland

In re   **CYTO PULSE SCIENCES, INC.**                                    Case No.
_____
                                    Debtor(s)                    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$907,429.00** | **2010 YTD:** |
| **$1,730,173.00** | **2009:** |
| **$2,471,409.00** | **2008:** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Group Benefits Service**<br>**PO Box 64802**<br>**Baltimore, MD 21264** | **5/19/10** | **$5,628.00** | **$0.00** |
| **Group Benefits Service**<br>**PO Box 64802**<br>**Baltimore, MD 21264** | **3/3/10** | **$6,579.00** | **$0.00** |
| **Group Benefits Service**<br>**PO Box 64802**<br>**Baltimore, MD 21264** | **4/5/10** | **$6,579.00** | **$0.00** |
| **Group Benefits Service**<br>**PO Box 64802**<br>**Baltimore, MD 21264** | **5/1/10** | **$6,579.00** | **$0.00** |
| **St. Johns Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** | **3/19/10** | **$8,680.05** | **$0.00** |
| **St. Johns Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** | **5/1/10** | **$8,680.05** | **$0.00** |
| **St. Johns Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** | **6/1/10** | **$8,680.05** | **$0.00** |
| **St. Johns Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** | **4/5/10** | **$9,195.96** | **$0.00** |
| **Prime Rate Premium Finance Corp.**<br>**PO Box 100507**<br>**Florence, SC 29502** | **6/2/10** | **$10,663.13** | **$0.00** |

None □

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **4/1/10** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **3/4/10** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **2/3/10** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **1/6/10** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **12/5/09** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **11/5/09** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **10/5/09** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **9/3/09** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **8/5/09** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **7/6/09** | **$500.00** | **$0.00** |
| **Richard Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Director** | **6/2/09** | **$500.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Operations Manager/Wife of one of the principals** | **4/21/10** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>**Operations Manager/Wife of one of the principals** | **3/31/010** | **$800.00** | **$0.00** |

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **3/5/10** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **1/19/10** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **12/18/09** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **11/16/09** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **10/16/09** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **9/21/09** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **9/9/09** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **8/20/09** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6284 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **7/15/09** | **$800.00** | **$0.00** |
| **Elizabeth Joyce**<br>**6284 Wild Swan Way**<br>**Columbia, MD 21045**<br>   **Operations Manager/Wife of one of the principals** | **6/19/10** | **$800.00** | **$0.00** |

5

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gohn, Hankey & Stichel, LLP**<br>**201 N. Charles Street, Suite 2101**<br>**Baltimore, MD 21201** | **6/28/2010** | **3,000.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American Express**<br>**P.O. Box 941911**<br>**Houston, TX 77094** | **Credit card** | **Zero balance closed on 2/10** |
| **Sams Club**<br>**P.O. Box 530942**<br>**Atlanta, GA 30353** | **Credit Card** | **Zero balance closed on 5/10** |

7

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **HV Pulse Technologies, Inc.**<br>**351 West Camden Street**<br>**Baltimore, MD 21201** | **HV Pulse Technologies, Inc. claims some property listed on Schedule B belongs to it. Debtor has no record of ownership.** | |

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Karolinska Institutet Science Park, Fogdevreten 2, 171 77 Solna Sweden** | **Cyto Pulse Sciences, Inc.** | **January 2009 - March 2010** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

8

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Richard E. Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045** | **Start of Company to January 31, 2010** |
| **Elizabeth Joyce**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045** | **Start of Company to Present** |
| **John  Burke**<br>**9 Longknoll Way**<br>**Kingsville, MD 21087** | **November 1, 2006 to May 15, 2009** |
| **Terri Smith**<br>**7802 Mallow Court**<br>**Pasadena, MD 21122** | **October 9, 2006 to Present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **KAWG&F** | **9690 Deerco Road**<br>**Suite 500**<br>**Lutherville Timonium, MD 21093** | **December 2008** |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **May 2010** | **Alan King** | **$812,540.00 (Market)** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **May 2010** | **Cyto Pulse** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

10

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Derin Walters**<br>**326 E. Buckingham Way**<br>**Fresno, CA 93704** | **President and CEO** | **Officer** |
| **Alan King**<br>**13165 Deanmar Drive**<br>**Highland, MD 20777** | **Vice President** | **Officer** |
| **Derin Walters**<br>**326 E. Buckingham Way**<br>**Columbia, MD 21045** | **President and CEO** | **Director** |
| **Stephen C. Schimpff, MD**<br>**10129 Pasture Gate Lane**<br>**Columbia, MD 21044** | | **Director** |
| **Richard E. Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045** | | **Director** |
| **Daniel S. Rak**<br>**PO Box 416**<br>**Santa Clara, UT 84765** | | **Director** |
| **Harold Chappelear**<br>**14 Weems Creek Drive**<br>**Annapolis, MD 21401** | | **Director** |
| **Ichor Medical System, Inc.**<br>**6310 Nancy Ridge Drive**<br>**Suite 107**<br>**San Diego, CA 92121** | | **Shareholder 20 %** |
| **Alan King**<br>**13165 Deanmar Drive**<br>**Highland, MD 20777** | | **Shareholder 14.86%** |
| **Richard E. Walters**<br>**6248 Wild Swan Way**<br>**Columbia, MD 21045** | | **Shareholder 9.96%** |
| **Robert Walters**<br>**616 Thomas Way**<br>**Severna Park, MD 21146** | | **Shareholder 7.23%** |
| **AlphaVax**<br>**2 Triangle Drive**<br>**Durham, NC 27709** | | **Shareholder 6.68%** |
| **Brian T. Petty**<br>**512 D. Street SE**<br>**Washington, DC 20003** | | **Shareholder 5.82%** |
| **Edward L. Withey**<br>**950 Andante Road**<br>**Santa Barbara, CA 93105** | | **Shareholder 5.34%** |

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

11

None
☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Anna-Karin Roos**<br>**Maltesholmsvagen 167**<br>**165 62 Hasselby Sweden** | **Vice President** | **May 13, 2010** |
| **John B. Burke**<br>**9 Longknoll Way**<br>**Kingsville, MD 21087** | **Secretary** | **November, 2009** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 29, 2010**              Signature   **/s/ Alan D. King**
                                                   **Alan D. King**
                                                   **Vice-President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Maryland

In re  **CYTO PULSE SCIENCES, INC.** _____    Case No. _____

_____
Debtor(s)    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 29, 2010** _____    **/s/ Alan D. King** _____

**Alan D. King**/**Vice-President**
Signer/Title

Alan Barringer
6127 Franklin Park Road
Mc Lean, VA 22101


Alan King
13165 Deanmar Drive
Highland, MD 20777


Aldevron LLC
3233 15th Street South
Fargo, ND 58104


American Express
PO Box 1270
Newark, NJ 07101


Anna-Karin Roos
Maltesholmsvagen 167
165 62 Hasselby Sweden


Asamura Patent Office PC
331 New Ontemachi Bldg 2-1
Ohtemachi 2 - Chome
Chiyoda - Ku, Tokyo 100-0004 Japan


AT&T
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360


Bank of America
PO Box 15184
Wilmington, DE 19850


Beckman-Coulter, Inc.
2500 South Kraemer Blvd
PO Box 8000
Brea, CA 92822

Bioqual, Inc.
9600 Medical Center Drive
Suite 200
Rockville, MD 20850


Bromhead Johnson
19 Buckingham Street
London WC2N 6EF


Centric Business Systems
PO Box 75222
Baltimore, MD 21275


Comptroller of Maryland
Annapolis, MD 21411


Dan Rak
PO Box 416
Santa Clara, UT 84765


Derin Walters
326 E. Buckingham Way
Fresno, CA 93704


Donald J. Rodis
3194 St John's Lane
Ellicott City, MD 21042


Edward Withey
950 Andante Road
Santa Barbara, CA 93105


Elizabeth Joyce
6248 Wild Swan Way
Columbia, MD 21045

Elizabeth Joyce
PO Box 178
Columbia, MD 21045


Fsquared Laboratories
26501 Ridge Road
Damascus, MD 20872


Howard E. Rhinehart
PO Box 646
Columbia, MD 21045


HV Pulse Technologies, Inc.
The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21201


Hyper Media Corp.
210 Locust Hill Drive
Suite 100
Churchville, MD 21028


Ichor Medical System, Inc.
6310 Nancy Ridge Drive
Suite 107
San Diego, CA 92121


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


J Omega Systems LLC
182 Thomas Johnson Drive
Suite 204-L
Frederick, MD 21705

J&J Healthcare Systems, Inc.
425 Hoes Lane
PO Box 6800
Piscataway, NJ 08855


John B. Burke
9 Longknoll Way
Kingsville, MD 21087


KAWG&F
9690 Deerco Road
Suite 500
Lutherville Timonium, MD 21093


Lee Plastic Company LLC
1100 U.S. Rt. 35 West
PO Box 271
Eaton, OH 45320


Liu Shen & Associates
PO Box 9055
Hanhai Plaza - 10th Floor
Beijing 100080 China


Long Meadow, LLC
c/o Capico, Inc.
One Corporate Center
10451 Mill Run Circle, Suite 400
Owings Mills, MD 21117


Marvin Towsend
8 Grovepoint Ct.
Potomac, MD 20854


Meetings Management
Unit 6 - Hurtmore Road
Hartmore Heights Commercial Center
Hurtmore Godlaming Surrey GU72FF UK

Merck
PO Box 1700
Whitehouse Station, NJ 08889


Pall Trincor
7700 Pennsylvania Drive
Exton, PA 19341


Paul K. Gustavson
2274 Four Seasons Drive
Gambrills, MD 21054


Perkin Elmer Health Sciences, Inc.
710 Bridgeport Avenue
Shelton, CT 06484


Pitney Bowes
PO Box 856042
Louisville, KY 40285


Prime Rate Premium Finance Corp.
PO Box 100507
Florence, SC 29502


Richard E. Walters
PO Box 178
Columbia, MD 21045


Richard Walters
6248 Wild Swan Way
Columbia, MD 21045


Robert Walters
616 Thomas Way
Severna Park, MD 21146

Schwartz Sung & Weber
300 Massachusetts Avenue NW
Suite 1101
Washington, DC 20001


Smarter & Bigger Intellectual Property
55 Met Calfe Street
Suite 900 - PO Box 2999
Ottawa ON Kip 5Y6 Canada


St. Johns Properties
2560 Lord Baltimore Drive
Windsor Mill, MD 21244


Staples
PO Box 689020
Des Moines, IA 50368


Stephen B. Deitz
307 Concert Way
Catonsville, MD 21228


Stericycle, Inc.
28161 N. Keith Drive
Lake Forest, IL 60045


Technique Capital
115-280 Nelson Street
Vancouver BC
Canada V6B2E2


Trustee


Tydings & Rosenberg
100 Pratt Street
Baltimore, MD 21202

University of Maryland
220 Arch Street
Office Level 2
Baltimore, MD 21201


Uppsala
Akademiska Sjukhurset
Ekonomia Vdelningen
SE-751 85 Uppsala SWEDEN


US Deptartment of Commerce
US Patent and Trademark Office
PO Box 1450
Alexandria, VA 22313


Visionair
PO Box 6373
SE-751 36 Uppsala
SWEDEN

# United States Bankruptcy Court
## District of Maryland

In re   **CYTO PULSE SCIENCES, INC.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CYTO PULSE SCIENCES, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ichor Medical System, Inc.**
**6310 Nancy Ridge Drive**
**Suite 107**
**San Diego, CA 92121**

☐ None [*Check if applicable*]

**June 29, 2010**

Date

/s/ Jan I. Berlage

**Jan I. Berlage 23937**

Signature of Attorney or Litigant
Counsel for   **CYTO PULSE SCIENCES, INC.**

**Gohn, Hankey & Stichel, LLP**
**201 N. Charles Street**
**Suite 2101**
**Baltimore, MD 21201**
**410-752-9300 Fax:410-752-2519**
**tcollins@ghsllp.com**